THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ROSARIO TARANTOLO, Appellant.

*Appeal — motion to dismiss for failure to file return.*

Reported below, 202 App. Div. 707.

(Submitted April 30,.1923; decided May 1, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1922, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of having in his possession a pistol without a license therefor.

The motion was made upon the ground of failure to file return.

*Charles J. Dodd, District Attorney,* for motion.

*Edward J. Reilly* opposed.

Motion granted unless return is filed and cases served on or before May 5, 1923, in which case motion is denied and case set down peremptorily for argument May 10, 1923.